[No. 736-2.   Division Two.   January 5, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDY PEARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 61418, John H. Kirkwood, Jr., J., entered March 24, 1972. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Armstrong, JJ.

[No. 460-3.   Division Three.   January 4, 1973.]

PEOPLES NATIONAL BANK OF WASHINGTON, *Respondent*, v. CLYDE DEGRAFF et al., *Appellants*, THE CITY OF PASCO, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 16396, John T. Day, J., entered July 16, 1971. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 544-3.   Division Three.   January 5, 1973.]

RAYMOND E. DEJEAN, *as Administrator, Appellant*, v. ORVILLE E. FLERCHINGER et al., *Respondents.*

Appeal from a judgment of the Superior Court for Asotin County, No. 11476, John A. Denoo, J., entered October 8, 1971. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 1520-1.   Division One—Panel 2.   January 8, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES F. SIBLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 4483, Alfred O. Holte, J., entered March 5, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, A.C.J., and Swanson, J.